Elisa Stewart (State Bar No. 219557)
STEWART & MUSELL, LLP
2200 Powell Street, Suite 440
Emeryville, CA 94608
Telephone: (415) 593-0083
Facsimile: (415) 520-0920

Attorneys for Plaintiff
Debra Avenmarg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
Eureka Division

| | |
|---|---|
| DEBRA AVENMARG | ) Case No. 1:19-cv-05891-RMI |
| Plaintiff, | ) **STIPULATION AND PROPOSED** |
| v. | ) **ORDER FOR DISMISSAL** |
| HUMBOLDT COUNTY, JEFFREY BLANCK, et. al. | ) |
| Defendants. | ) |

WHEREAS, Plaintiff Debra Avenmarg filed her Second Amended Complaint alleging twelve (12) separate causes of action on May 29, 2020.

WHEREAS, Plaintiff and Defendants settled this matter on or about September 28, 2020.

THEREFORE, it is hereby stipulated by and between Plaintiff and Defendant Blanck by and through their designated counsel that the above-captioned action should be dismissed with prejudice as to Blanck.. The parties further stipulate that each party is to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Date: November 13, 2020

Respectfully Submitted,

*/s/ electronic signature authorized*

Elisa Stewart
Attorney for Plaintiff, Debra Avenmarg

*/s/ electronic signature authorized*

Date: November 13, 2020

Mark A. Vegh
Attorney for Defendant Jeffrey Blanck

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

The action is dismissed with prejudice as against Defendant Blanck

Each party shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Robert M. Illman
United States Magistrate Judge
Northern District of California

{Stip and Proposed Order;00187029}   Case No. 1:19-cv-05891-RMI
**STIPULATION AND PROPOSED ORDER FOR DISMISSAL**
2