UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA AVENMARG,<br><br>    Plaintiff,<br><br>    v.<br><br>HUMBOLDT COUNTY, JEFFERY BLANCK,<br><br>    Defendants. | Case No.19-cv-05891-RMI<br><br>**JUDGMENT** |

On November 17, 2020, the Court entered an order on the parties' stipulation for dismissal with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 17, 2020

_____
ROBERT M. ILLMAN
United States Magistrate Judge